25558.   ALLSTATE INSURANCE COMPANY v. AUSTIN.

UNDERCOFLER, Justice.   On further consideration of the record in the present case, this court has reached the conclusion that the application for writ of certiorari was improvidently granted, and accordingly the case is

*Dismissed. All the Justices concur, except Frankum and Felton, JJ., who dissent.*

ARGUED JANUARY 13, 1970—DECIDED FEBRUARY 5, 1970.

*Greer, Sartain & Carey, Jack M. Carey, John L. Cromartie, Jr.,* for appellant.